JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUZAMIR SEMUDDU,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, *et al.*,<br>Respondents. | Case No. 5:26-cv-6004-WLH-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED IN PART, and this action is closed.

DATED: October 28, 2026

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE